IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SOUTHERN ELECTRICAL RETIREMENT FUND | )<br>)<br>) No. 3-08-1107 |
| v. | )<br>) |
| CARLSON ELECTRICAL CONSTRUCTION, LLC | )<br>) |

O R D E R

On May 26, 2009, the parties filed a stipulation of dismissal with prejudice (Docket Entry No. 15).[1]

As a result, the telephone conference call, scheduled by order entered April 15, 2009 (Docket Entry No. 13), on May 27, 2009, is CANCELLED.

In accord with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, no further action on the part of the Court is required. Therefore, this case is DISMISSED with prejudice and the Clerk is directed to close this case on the records of the Court.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge

---

[1] On May 26, 2009, the plaintiff also filed a "Notice of Voluntary Nonsuit" (Docket Entry No. 14), which was ineffective under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure because the defendant had filed an answer (Docket Entry No. 6).